FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U. S. C. Sec. 1983

IN THE UNITED STATES DISTRICT COURT
Western DISTRICT OF ARKANSAS
_____ DIVISION

Daniel Hurlbut
(Enter above the full name of the Plaintiff in this action.)

Prison ID No. 658898
(Do Not Put Your Social Security Number)

V.

Lt. Adam Clark, et al.

(Enter above the full name of the Defendant or Defendants, in this action.)

Case No. 18-6088

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Sep 12, 2018
OFFICE OF THE CLERK

I.  Previous Lawsuits

   A.  Have you begun other lawsuit in state or federal court dealing with the same facts in involved in this action?
       yes _____   No ✓

   B.  If your answer to (A) is yes, describe each lawsuit in the space below including the **exact Plaintiff name or alias used.** (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to previous lawsuit

           Plaintiff: _____

           Defendants: _____

           _____

       2.  Court (if federal court, name the district; if state, name the county): _____

       3.  Docket number: _____

       4.  Name of judge to whom case was assigned: _____

       5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

       6.  Approximate date of filing lawsuit: _____

       7.  Approximate date of disposition: _____

(Revised 07/2014)

II. Place of Presentconfinement: __ORCU.- ADC__

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes __✓__   No _____

   B. If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

   C. If your answer is NO, explain why not: _____

   _____
   _____

IV. Parties

   (in item A below, place your name in the first blank and place your present address in the second blank.)

   A. Your Full Name: __Daniel Bryce Hurlbut   #658898__

   Address: __310 Correction Dr. PO Box 1630__
   __Malvern, AR 72104__

   (in item B below, place the full name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

   Do Not List Witnesses.

   You may not name the jail as a Defendant. The jail is a building and cannot be sued.

   B. Read carefully and fill out all information sought.

   1. Defendant #1
      Full Name: _____
      Position: _____
      Place of Employment: _____
      Address: _____

see next →

**Defendant #1**
Full Name: Adam Clark
Position: Lieutenant
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #2**
Full Name: Joshua Williams
Position: Corporal - ERT
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #3**
Full Name: Sammy Jarrett
Position: Sergeant - ERT
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #4**
Full Name: Jason Clemons
Position: Sergeant - ERT
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #5**
Full Name: Paul Walter
Position: Lieutenant - ERT
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #6**
Full Name: Mario Trobradovic
Position: Sergeant - ERT
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #7**
Full Name: Arrion Delaney
Position: Sergeant - ERT Camera
Place of Employment: ORCU - ADC
Address: 300 Correction Dr / PO Box 1630
Malvern, AR 72104

**Defendant #8**
Full Name: McDonnell
Position: Corporal — Camera
Place of Employment: ORCU – ADC
Address: 300 Correction Dr / PO Box 1630 Malvern, AR 72104

**Defendant #9**
Full Name: Goldman
Position: Nurse – CCS
Place of Employment: ORCU – ADC   CCS
Address: 300 Correction Dr / PO Box 1630 Malvern, AR 72104

**Defendant #10**
Full Name: Kennie Bolden
Position: Major – Security Building
Place of Employment: ORCU – ADC
Address: 300 Correction Dr / PO Box 1630 Malvern, AR 72104

**Defendant #11**
Full Name: Faust
Position: Warden
Place of Employment: ORCU – ADC
Address: 300 Correction Dr / PO Box 1630 Malvern, AR 72104

**Defendant #12**
Full Name: Securus Phone Technology Company
Position: Phone Contractor
Place of Employment: ADC
Address:

**Defendant #13**
Full Name: Asa Hutchinson
Position: Governor
Place of Employment: AR
Address:

**Defendant #14**
Full Name:
Position:
Place of Employment:
Address:

27

Claim 1:
First Amndt - Right to call lawyer, priveleged correspondence, protected speech, inaccessible remedies

Defendants:
LT. Adam Clark, Securus

On 7/24/2018 LT Adam Clark came to my cell in SNC 42 where I'm was housed for protection, very angry and wanting me to "catch the cuffs". He would not explain why. I have serious mental health issues and this provoked my PTSD and panic disorder. I asked for a grievance which he refused.

I asked to call my lawyer, which would make me feel safe, and he refused. He left to assemble a cell extraction team. Officers were instructed by LT Clark not to allow me the phone, especially to call my lawyer. I had my friend use my info. to try and call my lawyer and warn him what was going to happen. My friend said it "was on a loop" and kept repeating the same info, not letting the call through — something we've never experienced before.

This is an unlawful feature Securus has put in its software to record, monitor or disrupt or prevent supposedly priveleged calls with my

attorney. Days after the incident the phone was working fine again.

Lt. Adam Clark used Securus technology to knowingly disrupt my protected speech/conduct so my lawyer would be unable to intervene on my behalf.

— Personal & Official capacities —

Claim 2:
Excessive Use of Force; Denial of Due Process
Deliberate Indifference to Medical
Defendants:
All Security Defendants

The month of July is the anniversary of my first wife's suicide. I historically have alot of anxiety, depression and mental issues that time of year.

I believe all defendants planned and intended to hurt me.

LT Clark tried to spray me and I tried to stop him from spraying me by grabbing the mace. When he said the team was coming in, I turned to face away and put my hands above my head to show non-aggression.

The team rushed in and smashed me all over the wall and floor. I tried to say I was not resisting. After I was on the floor face down and hand cuffed, They began punching and kicking me in my head face and body.

The camera operators caused this incident to occur during a specially timed blind-spot where they knew their actions would not be recorded.

They carried me to Isolation and cut my clothes off. They put me in a shower for a few seconds

with hot water for only a few seconds. I begged for more water but they refused. They never allowed me to see a nurse. Then, Defendants put me in a cell with a bar of soap. Saying "you'll figure it out." and when I tried the sink, the water was turned off. I was refused a grievance and a phone call to my lawyer because I was on "Behavior Control"
 The reports were falsified and misrepresented the facts, and Warden Faust refused to investigate.


— official and personal capacities —

Claim #3:
Retaliation - Grievance/litigation,
First Amnd't Protected Speech - redress grievance,
Priveleged Commu'n - Attorney, Access Courts

Defendants:
All Security Defendants, Warden Faust

After I wrote a grievance and called my lawyer who called Warden Faust, LT. Clark and Cpl. Joshua Williams came to my cell for shakedown. They took my law work, Prison Legal News, law books, hygiene and even my clothes and blanket. They said Warden Faust is tired of my bullshit.

— Official & Personal capacities —

If you asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

VII. **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

___ punitive damages (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

Protective Order

Change to Use of Force policy, Injunction to remove ability to monitor, block legal phone calls

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __7__ day of __September__, 20_18_.

Daniel Hurlbut
**Printed Name of Plaintiff**

[signature]
**Signature of Plaintiff**

25

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)   JUL 3 1 2018

Unit/Center: ORCU
Name: Daniel Hurlbut
ADC#: 658896   Brks #: W1S824   Job Assignment: _____

QUACHITA RIVER UNIT
GRIEVANCE OFFICE

FOR OFFICE USE ONLY
GRV. #: OR18-00908
Date Received: 7-31-18
GRV. Code #: 400

7.23.18 (Date) STEP ONE: Informal Resolution

7.30.18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Not resolved

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On July 19, I was human serious pain in A because LT. Clark said I could not call my lawyer or get a grievance until I cuff up and no one would explain why. I had anxiety and felt there was a cover up plot to hurt me for my litigation. When someone tried to call for me b/c I felt my life was in danger, the phone would not let the call go thru, probably someone preemptively tampered with it. Before the extraction team came in I turned away and placed hands above head to show NO hostile intentions. I was taken to the ground cuffed and then punched multiple times in the face. I was only decontaminated for a few seconds in the shower, not 20 minutes. I was put in the cell still blinded and no clothing and denied medical. LT Clark said I am not allowed to call my lawyer, write a grievance, or behavior control. I couldn't shower either and got styph. The use of ace video will prove everything I say is true and that documents were falsified. Retaliation for litigation/grievances.

Inmate Signature: [signature]   Date: July 23, 2018
AUG 0 7 2018

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 7-30-18 (date), and determined to be **Step One** and/or an Emergency Grievance ___ (Yes or No). This form was forwarded to medical or mental health? NO (Yes or No). If yes, name of the person in that department receiving this form: _____   Date: _____

SK Bull   6319   SK Bull   7-30-18
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: Talked to LT. Clark. He stated that he didn't retaliation was not made apparent to you. You were seen by medical by Nurse Goldman. You were placed into the shower and was decontaminated with copious amount of cool running water. No falsified documents were ever made. ADC policies and procedure was followed.

Staff Signature & Date Returned: SK Bull 7-30-18   Inmate Signature & Date Received: [signature] 7-30-18

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT400  
3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Hurlbut, Daniel  
FROM: Orr, Vickie L  
DATE: 08/01/2018

ADC #:  658898B  
TITLE:  ADC Inmate Grievance Coord  
GRIEVANCE #:  OR-18-00908

Please be advised, I have received your Grievance dated 07/23/2018 on 08/01/2018.
Your grievance was rejected as either **non-grievable,** untimely, duplicative, frivolous, or vexatious.

*[signature]*

Signature of ADC Inmate Grievance Coord

RECEIVED

AUG 07 2018

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

## CHECK ONE OF THE FOLLOWING

- ☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.
- ☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ☒ This Grievance was REJECTED because it was either non-grievable ( **Disciplinary matter** ), untimely, was a duplicate of , or was frivolous or vexatious. *Not about Disciplinary and RETALIATION*

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. *This about Improper Cell extraction and excessive use of force by LT Clark and cell extract team NOT about the disciplinary which I have addressed in disc. appeal. Video will show I was beaten and punched in the face while in handcuffs on the ground. I was refused phone and grievance. This was RETALIATION for my litigation/grievances. LT Clark called me a "writ writer" Now warden Faust refuses to investigate and Vickie Orr denies me administrative remedy. Please Exhaust.*

Inmate Signature *[signature]*  ADC # 658898  Date 8.2.2018

IGTT430
3GD

Attachment VI

INMATE NAME: Hurlbut, Daniel         ADC #: 658898         GRIEVANCE#:OR-18-00908

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 7/23/18, you stated, "On July 19, I was havin serious paranoia because Lt. Clark said I could not call my lawyer or get a grievance until O cuff up and no one would explain why. I had anxiety and felt there was a cover up plot to hurt me for my litigation. When someone tried to call for me b/c I felt my life was in danger the phone would not let the call go thru probably someone preemptitively tampered with it before the extraction team came in I turned away and placed hands above head to show non hostile intentions. I was taken to the ground cuffed and then punched multiple times in the face. I was only decontaminated for a few seconds in the shower not 20 minutes. I was put in the cell still blinded and burning and denied medical Lt. Clark said I am not allowed to call my lawyer write a grievance on behavior control. I couldn't shower either and got staph. The use of force video will prove everything I say is true and that documents were falsified. Retaliation for litigation/grievances"

On 8/1/18 the unit responded to your grievance by rejecting it due to being a disciplinary matter.

Your appeal was received on 8/7/18. In review of your appeal and the response from the unit, I concur with the unit's decision. This is a disciplinary matter and should be addressed through the disciplinary process. I find no merit in your appeal.

Appeal denied.

_____   8-22-18
Director                   Date

IGTT430                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ORCU

Name Daniel Hurlbut

ADC# 108898   Brks # W14 24   Job Assignment _____

FOR OFFICE USE ONLY
GRV. # SNN18-00076
Date Received: _____
GRV. Code #: _____

_____ (Date) STEP ONE: Informal Resolution

8.10.18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Denial of remedies All SGT refused, proceed to Step 2 per Griev Policy

8.13.18 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: This should be taken directly to the Warden or designee I was harmed by my use of the grievance.

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): This grievance is about retaliation for my grievances and litigation by Warden Faust, Lt Clark and other members of the extraction team I wrote a grievance on. Today they did a shakedown of W15a and were taking items allowed by policy. Sgt tha[t] Warden Faust wanted to target and harrass inmates not wanting to go back to Gen Pop. They came in my cell, took my evidence folder for my two active cases, one on A.Liscott, my prison [?] news, my law work, stamped envelopes, law book "Disciplinary Self Help litigation Manual" all my hygiene, blanket, sheets, socks, soap, toothpaste, toothbrush etc. They refused to do a confiscation inventory form. Officer Holstein on the floor began passing the property back to inmates. CO Thomas refused to allow him to bring my property back, refused to take me to medical, and refused me a grievance and refused to allow me to call my lawyer. I demand my stuff back and that Internal Affairs investigate. Not safe at this unit. Constant retaliation by staff and warden.

Inmate Signature _____   Date Aug. 13, 2018

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

--------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT450  
3GI

Attachment VIII

# Arkansas Department of Correction
# Inmate Grievance Investigation Worksheet

The below listed inmate has filed a grievance/appeal with this office. In the area for an employee statement, please write a detailed response regarding the issue(s) stated by the inmate in this grievance. The statement "I have no knowledge", is not acceptable. Also, please submit any supporting documentation with your response, i.e., disciplinary, 005's, logs, medical information, other officers and/or inmate statements, etc.

EMPLOYEE: Thomas, Joseph           UNIT: Ouachita River Correctional Unit

RE: INMATE: Hurlbut, Daniel           ADC#: 658898

FROM: Orr, Vickie L                   DUE DATE: 08/30/2018

GRIEVANCE #: SNN18-00076             DATE OF INCIDENT: 08/23/2018

Inmate's Complaint:
This grievance is about retaliation for my grievances and litigation by Warden Faust, Lt. Clark and other members of the extraction team I wrote a grievance on. Today they did a shakedown of WISO and were taking items allowed by policy. Said that Warder Faust wanted to target and harrass inmates not wanting to go back to gen. pop. They came in my cell, took my evidence folder for my two active cases, one on Dr. Liggett, my prison legal news, my law work, stamped envelopes, law book "Disciplinary self help litigation manual" all my hygiene, blanket, sheets, socks, sop, toothpaste, toothbrush, etc. They refused to do a confiscation inventory form. Officer Holstein on the floor began passing the property back to inmates. CO Thomas refused to allow him to bring my property back, refused to take me to medical and refused me a grievance and refused to allow me to call my lawyer. I demand my stuff back and that Internal Affairs investigate. Not safe at this unit. Constant retaliation by staff and Warden.

Employee Statement:

   1. Did you pack up inmate Hurlbut's property during shakedown?

   2. Did you confiscate items that he is allowed to have in Isolation?

   3. Did you refuse to let another officer give inmate Hurlbut his property back?

   4. In addition to answering the questions, please write a detailed response regarding the issue(s) stated by the inmate in this grievance. The statement "I have no knowledge", is not acceptable. Also, please submit any supporting documentation with your response, i.e., disciplinary, 005's, logs, medical information, other officers and/or inmate statements, etc.

_____          _____
Responding Staff Signature                Date

You are not to retaliate against this inmate for submitting this grievance. You are not to discuss this grievance with anyone, staff or inmate, except as necessary to complete your statement. If you are found to have retaliated against any inmate for using the grievance procedure, you will be subject to disciplinary action, which may be a verbal warning, a written warning, and/or termination.

IGTT450                         Page 1 of 1

Daniel Hurlbut #658998
PO Box 1630
Malvern, AR 72104

USDC - Pro Se' Clerk
35 E Mountain - Room 510
Fayetteville, AR 72701

CERTIFIED MAIL
7017 1000 0000 3927 1569

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 11 2018
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

neopost
09/08/2018
US POSTAGE