IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL BRYCE HURLBUT                                          PLAINTIFF


v.                                    Civil No. 6:18-cv-6088


LIEUTENANT ADAM CLARK, *et al.*                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 5, 2019, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 47). Judge Ford recommends that the Court grant Plaintiff's motion to voluntarily dismiss his case pursuant to Federal Rule of Civil Procedure 41 (ECF No. 44) and accordingly dismiss this case without prejudice.

No party has objected to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 47) *in toto*. Plaintiff's motion to dismiss (ECF No. 44) is hereby **GRANTED**. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge